1   **BUCKLEY LLP**
FREDRICK S. LEVIN (State Bar No. 187603)
2   100 Wilshire Boulevard, Suite 1000
ALI M. ABUGHEIDA (State Bar No. 285284)
3   aabugheida@buckleyfirm.com
ERIC CHIANG (State Bar No. 323268)
4   echiang@buckleyfirm.com
Santa Monica, California 90401
5   Telephone: (310) 424-3900
Facsimile: (310) 424-3960
6

7   Attorneys for Defendant Ygrene Energy
Fund, Inc.
8

9

10              **UNITED STATES DISTRICT COURT**

11            **SOUTHERN DISTRICT OF CALIFORNIA**

12

13   MARIA SILVA,                      Case No. 3:19-CV-02313-BAS-JLB

14        Plaintiff,                   **DEFENDANT YGRENE ENERGY**
                                       **FUND, INC.'S ANSWER AND**
15        v.                           **AFFIRMATIVE DEFENSES TO**
                                       **THE COMPLAINT**
16   YGRENE ENERGY FUND, INC.,
     SUN COAST REMODELERS, AND         The Hon. Cynthia Bashant
17   CLEARVIEW HOME                    Magistrate Judge Jill L. Burkhardt
     IMPROVEMENTS INC. DBA
18   CLEARVIEW HOME ENERGY             Complaint Filed:   December 4, 2019
     SOLUTIONS,
19
          Defendants.
20

21

22

23

24

25

26

27

28

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT
## YGRENE ENERGY FUND, INC. TO THE COMPLAINT

Defendant Ygrene Energy Fund, Inc. ("Defendant" or "Ygrene") hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint ("Complaint").

## INTRODUCTION

1.      Paragraph 1 of the Complaint contains legal conclusions and a characterization of this action to which no response is required.  To the extent a response is required, Defendant denies that it violated any laws or engaged in any wrongdoing.

2.      Paragraph 2 of the Complaint and footnote 1 of the Complaint contain legal conclusions to which no response is required.  To the extent a response is required, Defendant admits that Property Assessed Clean Energy ("PACE") programs are created by statute, and admits that PACE programs involve voluntary contractual assessments, and states to the Court that the Streets and Highways Code speaks for itself .  Except as expressly admitted, Defendant denies the allegations in Paragraph 2 of the Complaint, and denies the allegations in footnote 1 of the Complaint.

3.      Defendant admits that PACE is a means of financing certain energy efficient improvements.  Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the remaining allegations in paragraph 3 of the Complaint and, on that basis, denies each and every such allegation.

4.      Defendant admits that PACE is a means of financing certain energy efficient improvements and that PACE financing results in a special tax that is repaid through property taxes.  Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the remaining allegations in paragraph 4 of the Complaint and, on that basis, denies each and every such allegation.

5.      Defendant denies the allegations in paragraph 5 of the Complaint.

6.      Defendant admits that Defendant's affiliate, Ygrene Energy Fund

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

1  California LLC, is a PACE program administrator.  Except as expressly admitted,

2  Defendant lacks information sufficient to form a belief as to the remaining

3  allegations in paragraph 6 of the Complaint and, on that basis, denies each and every

4  such allegation.

5        7.     Defendant admits that Ygrene's affiliate, Ygrene Energy Fund

6  California LLC, is a PACE program administrator.  Except as expressly admitted,

7  Defendant lacks information sufficient to form a belief as to the remaining

8  allegations in paragraph 7 of the Complaint and, on that basis, denies each and every

9  such allegation.

10        8.     Defendant lacks information sufficient to form a belief as to the

11  allegations in paragraph 8 of the Complaint and, on that basis, denies each and every

12  such allegation.

13        9.     Defendant lacks information sufficient to form a belief as to the

14  allegations in paragraph 9 of the Complaint and, on that basis, denies each and every

15  such allegation.

16        10.    Defendant admits that PACE is a means of financing certain energy

17  efficient improvements and that PACE financing results in a special tax that is

18  repaid through property taxes.  Defendant denies that PACE financing "creates a

19  loan."  Except as expressly admitted, Defendant lacks information sufficient to form

20  a belief as to the remaining allegations in paragraph 10 of the Complaint and, on that

21  basis, denies each and every such allegation.

22        11.    Defendant admits that PACE is a means of financing certain energy

23  efficient improvements and that PACE financing results in a special tax that is

24  repaid through property taxes.  Except as expressly admitted, Defendant lacks

25  information sufficient to form a belief as to the allegations in paragraph 11 of the

26  Complaint and, on that basis, denies each and every such allegation.

27        12.    Defendant denies the allegations in paragraph 12.

28        13.    Paragraph 13 of the Complaint contains legal conclusions to which no

2

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE
COMPLAINT

1   response is required.  To the extent a response is required, Defendant admits that

2   special taxes can, in certain circumstances, have priority over certain other debts and

3   liens.  Except as expressly admitted, Defendant lacks information sufficient to form

4   a belief as to the allegations in paragraph 13 of the Complaint and, on that basis,

5   denies each and every such allegation.

6       14.     Defendant admits that PACE is a means of financing certain energy

7   efficient improvements and that PACE financing results in a special tax that is

8   repaid through property taxes.  Except as expressly admitted, Defendant lacks

9   information sufficient to form a belief as to the allegations in paragraph 14 of the

10  Complaint and, on that basis, denies each and every such allegation.

11      15.     Paragraph 15 of the Complaint contains legal conclusions and

12  characterizations to which no response is required.  To the extent a response is

13  required, Defendant denies the allegations in paragraph 15 of the Complaint.

14      16.     Defendant denies the allegations in paragraph 16 of the Complaint.

15      17.     Defendant denies the allegations in paragraph 17 of the Complaint.

16      18.     Defendant denies the allegations in paragraph 18 of the Complaint.

17      19.     Defendant denies the allegations in paragraph 19 of the Complaint.

18      20.     Defendant denies the allegations in paragraph 20 of the Complaint.

19      21.     Defendant denies the allegations in paragraph 21 of the Complaint.

20      22.     Paragraph 22 of the Complaint contains legal conclusions and

21  characterizations to which no response is required.  To the extent a response is

22  required, Defendant lacks information sufficient to form a belief as to the allegations

23  in paragraph 22 of the Complaint and, on that basis, denies each and every such

24  allegation.  Defendant respectfully refers the Court to SB 242 and AB 1284, which

25  speak for themselves.

26      23.     Defendant admits that Plaintiff brings this action through attorneys.

27  Except as expressly admitted, Defendant denies the remaining allegations in

28  paragraph 23 of the Complaint, and specifically denies that it engaged in any

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

3

Case No. 3:19-CV-02313-BAS-JLB

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

1   "fraudulent and abusive conduct."

2       24.     Defendant lacks information sufficient to form a belief as to the

3   allegations in paragraph 24 of the Complaint and, on that basis, denies each and

4   every such allegation.

5       25.     Paragraph 25 of the Complaint contains legal conclusions and

6   characterizations to which no response is required.  To the extent a response is

7   required, Defendant denies the allegations in paragraph 25 of the Complaint.

8       26.     Defendant lacks information sufficient to form a belief as to the

9   allegations in paragraph 26 of the Complaint and, on that basis, denies each and

10  every such allegation.

11      27.     Defendant denies the allegations in paragraph 27 of the Complaint.

12      28.     Paragraph 28 of the Complaint contains legal conclusions to which no

13  response is required.  To the extent a response is required, Defendant admits that

14  Plaintiff has asserted causes of action under federal law, but denies that Plaintiff is

15  entitled to any relief under any of the causes of action references in paragraph 28 of

16  the Complaint or elsewhere.  Defendant lacks information sufficient to form a belief

17  as to the remaining allegations in paragraph 28 of the Complaint and, on that basis,

18  denies each and every such allegation.

19      29.     Paragraph 29 of the Complaint contains legal conclusions to which no

20  response is required.  To the extent a response is required, Defendant admits that

21  Ygrene is qualified to do business in the State of California.  Defendant denies that

22  Ygrene is a California company.  Except as expressly admitted or denied, Defendant

23  lacks information sufficient to form a belief as to the allegations in paragraph 29 of

24  the Complaint and, on that basis, denies each and every such allegation.

25      30.     Paragraph 30 of the Complaint contains legal conclusions to which no

26  response is required.  To the extent a response is required, Defendant admits that

27  Ygrene is qualified to do business in the State of California, including the County of

28  San Diego.  Except as expressly admitted, Defendant lacks information sufficient to

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE
COMPLAINT

form a belief as to the allegations in paragraph 30 of the Complaint and, on that basis, denies each and every such allegation.

31.   Paragraph 31 of the Complaint contains legal conclusions to which no response is required.  Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the allegations in paragraph 31 of the Complaint and, on that basis, denies each and every such allegation.

32.   Defendant admits that Plaintiff is not a corporate entity.  Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the allegations in paragraph 32 of the Complaint and, on that basis, denies each and every such allegation.

33.   Paragraph 33 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in paragraph 33 of the Complaint, and respectfully refers the Court to the California Civil Code and the United States Code for a complete and accurate statement of each statute's respective provisions.

34.   Paragraph 34 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Defendant admits that Ygrene has offices in Petaluma, California.  Except as expressly admitted, Defendant denies the allegations in paragraph 34 of the Complaint, and respectfully refers the Court to the Truth in Lending Act for a complete and accurate statement of its provisions.

35.   Paragraph 35 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in paragraph 35 of the Complaint, and respectfully refers the Court to the California Civil Code for a complete and accurate statement of its provisions.

36.   Defendant lacks information sufficient to form a belief as to the allegations in paragraph 36 of the Complaint and, on that basis, denies each and every such allegation.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB
DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

37.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 37 of the Complaint and, on that basis, denies each and every such allegation.

38.     Paragraph 38 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in paragraph 38, and respectfully refers the Court to the California Civil Code for a complete and accurate statement of its provisions.

39.     Paragraph 39 of the Complaint contains legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations in paragraph 39, and respectfully refers the Court to the California Civil Code for a complete and accurate statement of its provisions.

40.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 40 of the Complaint and, on that basis, denies each and every such allegation.

41.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 41 of the Complaint and, on that basis, denies each and every such allegation.

42.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 42 of the Complaint and, on that basis, denies each and every such allegation.

43.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 43 of the Complaint and, on that basis, denies each and every such allegation.

44.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 44 of the Complaint and, on that basis, denies each and every such allegation.

45.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 45 of the Complaint and, on that basis, denies each and

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1   every such allegation.

2       46.    Defendant lacks information sufficient to form a belief as to the

3   allegations in paragraph 46 of the Complaint and, on that basis, denies each and

4   every such allegation.

5       47.    Defendant lacks information sufficient to form a belief as to the

6   allegations in paragraph 47 of the Complaint and, on that basis, denies each and

7   every such allegation.

8       48.    Defendant lacks information sufficient to form a belief as to the

9   allegations in paragraph 48 of the Complaint and, on that basis, denies each and

10  every such allegation.

11      49.    Defendant lacks information sufficient to form a belief as to the

12  allegations in paragraph 49 of the Complaint and, on that basis, denies each and

13  every such allegation.

14      50.    Defendant lacks information sufficient to form a belief as to the

15  allegations in paragraph 50 of the Complaint and, on that basis, denies each and

16  every such allegation.

17      51.    Defendant lacks information sufficient to form a belief as to the

18  allegations in paragraph 51 of the Complaint and, on that basis, denies each and

19  every such allegation.

20      52.    Defendant lacks information sufficient to form a belief as to the

21  allegations in paragraph 52 of the Complaint and, on that basis, denies each and

22  every such allegation.

23      53.    Defendant lacks information sufficient to form a belief as to the

24  allegations in paragraph 53 of the Complaint and, on that basis, denies each and

25  every such allegation.

26      54.    Defendant lacks information sufficient to form a belief as to the

27  allegations in paragraph 54 of the Complaint and, on that basis, denies each and

28  every such allegation.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

55.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 55 of the Complaint and, on that basis, denies each and every such allegation.

56.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 56 of the Complaint and, on that basis, denies each and every such allegation.

57.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 57 of the Complaint and, on that basis, denies each and every such allegation.

58.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 58 of the Complaint and, on that basis, denies each and every such allegation.

59.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 59 of the Complaint and, on that basis, denies each and every such allegation.

60.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 60 of the Complaint and, on that basis, denies each and every such allegation.

61.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 61 of the Complaint and, on that basis, denies each and every such allegation.

62.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 62 of the Complaint and, on that basis, denies each and every such allegation.

63.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 63 of the Complaint and, on that basis, denies each and every such allegation.

64.     Defendant lacks information sufficient to form a belief as to the

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1  allegations in paragraph 64 of the Complaint and, on that basis, denies each and
2  every such allegation.

3      65.    Defendant lacks information sufficient to form a belief as to the
4  allegations in paragraph 65 of the Complaint and, on that basis, denies each and
5  every such allegation.

6      66.    Defendant lacks information sufficient to form a belief as to the
7  allegations in paragraph 66 of the Complaint and, on that basis, denies each and
8  every such allegation.

9      67.    Paragraph 67 of the Complaint contains legal conclusions to which no
10  response is required.  To the extent a response is required, Defendant lacks
11  information sufficient to form a belief as to the allegations in paragraph 67 of the
12  Complaint and, on that basis, denies each and every such allegation.

13      68.    Paragraph 68 of the Complaint contains legal conclusions to which no
14  response is required.  To the extent a response is required, Defendant lacks
15  information sufficient to form a belief as to the allegations in paragraph 68 of the
16  Complaint and, on that basis, denies each and every such allegation.

17      69.    Defendant lacks information sufficient to form a belief as to the
18  allegations in paragraph 69 of the Complaint and, on that basis, denies each and
19  every such allegation.

20      70.    Defendant lacks information sufficient to form a belief as to the
21  allegations in paragraph 70 of the Complaint and, on that basis, denies each and
22  every such allegation.

23      71.    Defendant lacks information sufficient to form a belief as to the
24  allegations in paragraph 71 of the Complaint and, on that basis, denies each and
25  every such allegation.

26      72.    Defendant lacks information sufficient to form a belief as to the
27  allegations in paragraph 72 of the Complaint and, on that basis, denies each and
28  every such allegation.

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE
COMPLAINT

73.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 73 of the Complaint and, on that basis, denies each and every such allegation.

74.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 74 of the Complaint and, on that basis, denies each and every such allegation.

75.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 75 of the Complaint and, on that basis, denies each and every such allegation.

76.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 76 of the Complaint and, on that basis, denies each and every such allegation.

77.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 77 of the Complaint and, on that basis, denies each and every such allegation.

78.     Defendant lacks information sufficient to form a belief as to the allegations in paragraph 78 of the Complaint and, on that basis, denies each and every such allegation.

79.     Defendant admits that the PACE program financings may be subject to fees and an interest rate.  Defendant admits further that PACE financing results in a special tax that is repaid through a property owner's property taxes.  Except as expressly admitted, Defendant lacks information sufficient to form a belief as to the remaining allegations in paragraph 79 of the Complaint and, on that basis, denies each and every such allegation.

80.     Paragraph 80 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant lacks information sufficient to form a belief as to the allegations in paragraph 80 of the Complaint and, on that basis, denies each and every such

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB
DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE
COMPLAINT

1  allegation.

2      81.     Paragraph 81 of the Complaint contains legal conclusions and

3  characterizations to which no response is required.  To the extent a response is

4  required, Defendant denies the allegations in paragraph 81 of the Complaint.

5      82.     Paragraph 82 of the Complaint contains legal conclusions and

6  characterizations to which no response is required.  To the extent a response is

7  required, Defendant denies the allegations in paragraph 82 of the Complaint.

8      83.     Paragraph 83 of the Complaint, and footnote 2 on page 12 of the

9  Complaint, contain legal conclusions and characterizations to which no response is

10  required.  To the extent a response is required, Defendant denies the allegations in

11  paragraph 83 of the Complaint.  Defendant lacks information sufficient to form a

12  belief as to the allegations in footnote 2 on page 12 of the Complaint and, on that

13  basis, denies each and every such allegation.  Defendant respectfully refers the

14  Court to AB 1284, SB 242, and the California Streets and Highway Code, which

15  speak for themselves.

16      84.     Paragraph 84 of the Complaint contains legal conclusions and

17  characterizations to which no response is required.  To the extent a response is

18  required, Defendant denies the allegations in paragraph 84 of the Complaint.

19  Defendant respectfully refers the Court to the United States Code, which speaks for

20  itself.

21                    **FIRST CAUSE OF ACTION**

22            **VIOLATION OF THE TRUTH IN LENDING ACT**

23      85.     Paragraph 85 of the Complaint contains legal conclusions and

24  characterizations to which no response is required.  To the extent a response is

25  required, Defendant denies that the Truth in Lending Act applies to PACE financing

26  and respectfully refers the Court to the Truth in Lending Act, which speaks for

27  itself.

28      86.     Defendant repeats and incorporates by reference all responses to the

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

11

allegations in the Complaint as though fully stated herein.

87.     Paragraph 87 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

88.     Paragraph 88 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

89.     Paragraph 89 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

90.     Paragraph 90 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies the allegations in paragraph 90 of the Complaint and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

91.     Paragraph 91 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies the allegations in paragraph 91 of the Complaint and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

92.     Paragraph 92 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies the allegations in paragraph 92 of the Complaint. Defendant lacks information sufficient to form a belief as to the allegations in

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

12

1    footnote 3 on page 14 of the Complaint and, on that basis, denies each and every

2    such allegation.

3         93.    Paragraph 93 of the Complaint contains legal conclusions and

4    characterizations to which no response is required.  To the extent a response is

5    required, Defendant denies that the Truth in Lending Act applies to PACE financing

6    and respectfully refers the Court to the Truth in Lending Act, which speaks for

7    itself.

8         94.    Paragraph 94 of the Complaint contains legal conclusions and

9    characterizations to which no response is required.  To the extent a response is

10   required, Defendant denies that the Truth in Lending Act applies to PACE financing

11   and respectfully refers the Court to the Truth in Lending Act, which speaks for

12   itself.

13        95.    Paragraph 95 of the Complaint contains legal conclusions and

14   characterizations to which no response is required.  To the extent a response is

15   required, Defendant denies that the Truth in Lending Act applies to PACE financing

16   and respectfully refers the Court to the Truth in Lending Act, which speaks for

17   itself.

18        96.    Paragraph 96 of the Complaint contains legal conclusions and

19   characterizations to which no response is required.  To the extent a response is

20   required, Defendant denies the allegations in paragraph 96 of the Complaint, and

21   respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

22        97.    Defendant lacks sufficient information to form a belief as to the truth of

23   the allegations in paragraph 97 and, on that basis, denies each and every allegation

24   in paragraph 97 of the Complaint.

25        98.    Paragraph 98 of the Complaint contains legal conclusions and

26   characterizations to which no response is required.  To the extent a response is

27   required, Defendant denies that the Truth in Lending Act applies to PACE financing

28   and respectfully refers the Court to the Truth in Lending Act, which speaks for

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

1   itself.

2       99.    Paragraph 99 of the Complaint contains legal conclusions and

3   characterizations to which no response is required.  To the extent a response is

4   required, Defendant denies that the Truth in Lending Act applies to PACE financing

5   and respectfully refers the Court to the Truth in Lending Act, which speaks for

6   itself.

7       100.   Paragraph 100 of the Complaint contains legal conclusions and

8   characterizations to which no response is required.  To the extent a response is

9   required, Defendant denies that the Truth in Lending Act applies to PACE financing

10  and respectfully refers the Court to the Truth in Lending Act, which speaks for

11  itself.

12      101.   Paragraph 101 of the Complaint contains legal conclusions and

13  characterizations to which no response is required.  To the extent a response is

14  required, Defendant denies that the Truth in Lending Act applies to PACE financing

15  and respectfully refers the Court to the Truth in Lending Act, which speaks for

16  itself.

17      102.   Paragraph 102 of the Complaint contains legal conclusions and

18  characterizations to which no response is required.  To the extent a response is

19  required, Defendant denies that the Truth in Lending Act applies to PACE financing

20  and respectfully refers the Court to the Truth in Lending Act, which speaks for

21  itself.

22      103.   Paragraph 103 of the Complaint contains legal conclusions and

23  characterizations to which no response is required.  To the extent a response is

24  required, Defendant denies that the Truth in Lending Act applies to PACE financing

25  and respectfully refers the Court to the Truth in Lending Act, which speaks for

26  itself.

27      104.   Defendant lacks sufficient information to form a belief as to the truth of

28  the allegations in paragraph 104 of the Complaint and, on that basis denies each and

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

14

every allegation in paragraph 104.  Defendant further denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

105.   Paragraph 105 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

106.   Paragraph 106 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

107.   Paragraph 107 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

108.   Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 108 of the Complaint and, on that basis denies each and every allegation in paragraph 108.  Defendant further denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

109.   Paragraph 109 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

BUCKLEY LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

110.   Paragraph 110 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that it violate the Truth in Lending Act, denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.

111.   Paragraph 111 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Truth in Lending Act applies to PACE financing and respectfully refers the Court to the Truth in Lending Act, which speaks for itself.  Defendant further denies that Plaintiff is entitled to any relief.

## SECOND CAUSE OF ACTION

## VIOLATION OF THE HOME OWNERSHIP EQUITY PROTECTION ACT, 15 U.S.C. § 1639

## (Against Defendant Ygrene Only)

112.   Defendant repeats and incorporates by reference all responses to the allegations in the Complaint as though fully stated herein.

113.   Paragraph 113 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that it is a "creditor" under 15 U.S.C. § 1602, denies that Home Ownership Equity Protection Act applies to PACE, and respectfully refers the Court to the Home Ownership Equity Protection Act, which speaks for itself.

114.   Paragraph 114 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that Home Ownership Equity Protection Act applies to PACE financing, and respectfully refers the Court to the Home Ownership Equity Protection Act, which speaks for itself.

115.   Paragraph 115 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1  required, Defendant denies that it violated the Home Ownership Equity Protection

2  Act, denies that the Home Ownership Equity Protection Act applies to PACE

3  financing, and respectfully refers the Court to the Home Ownership Equity

4  Protection Act, which speaks for itself.

5    116. Defendant lacks sufficient information to form a belief as to the truth of

6  the allegations in paragraph 116 of the Complaint and, on that basis, denies each and

7  every allegation in paragraph 116.

8    117. Paragraph 117 of the Complaint contains legal conclusions and

9  characterizations to which no response is required.  To the extent a response is

10  required, Defendant denies that Home Ownership Equity Protection Act applies to

11  PACE financing, and respectfully refers the Court to the Home Ownership Equity

12  Protection Act, which speaks for itself.

13    118. Paragraph 118 of the Complaint contains legal conclusions and

14  characterizations to which no response is required.  To the extent a response is

15  required, Defendant denies that it violated the Home Ownership Equity Protection

16  Act, denies that the Home Ownership Equity Protection Act applies to PACE

17  financing, and respectfully refers the Court to the Home Ownership Equity

18  Protection Act, which speaks for itself.

19    119. Paragraph 119 of the Complaint contains legal conclusions and

20  characterizations to which no response is required.  To the extent a response is

21  required, Defendant denies that the Home Ownership Equity Protection Act applies

22  to PACE financing, and respectfully refers the Court to the Home Ownership Equity

23  Protection Act, which speaks for itself.

24    120. Paragraph 120 of the Complaint contains legal conclusions and

25  characterizations to which no response is required.  To the extent a response is

26  required, Defendant admits that Ms. Silva obtained PACE financing, but denies that

27  it violated the Home Ownership Equity Protection Act or Regulation Z, denies that

28  the Regulation Z and/or the Home Ownership Equity Protection Act apply to PACE

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

1  financing, and respectfully refers the Court to the Home Ownership Equity

2  Protection Act and Regulation Z, which speaks for themselves.

3      121.  Paragraph 121 of the Complaint contains legal conclusions and

4  characterizations to which no response is required.  To the extent a response is

5  required, Defendant denies that it violated the Home Ownership Equity Protection

6  Act, denies that the Home Ownership Equity Protection Act applies to PACE

7  financing, and respectfully refers the Court to the Home Ownership Equity

8  Protection Act, which speaks for itself.

9      122.  Paragraph 122 of the Complaint contains legal conclusions and

10  characterizations to which no response is required.  To the extent a response is

11  required, Defendant denies that it violated the Home Ownership Equity Protection

12  Act, denies that the Home Ownership Equity Protection Act applies to PACE

13  financing, and respectfully refers the Court to the Home Ownership Equity

14  Protection Act, which speaks for itself.

15      123.  Paragraph 123 of the Complaint contains legal conclusions and

16  characterizations to which no response is required.  To the extent a response is

17  required, Defendant denies that it violated the Home Ownership Equity Protection

18  Act, denies that the Home Ownership Equity Protection Act applies to PACE

19  financing, and respectfully refers the Court to the Home Ownership Equity

20  Protection Act, which speaks for itself.  Defendant further denies that Plaintiff is

21  entitled to any relief.

22  **THIRD CAUSE OF ACTION**

23  **VIOLATIONS OF THE ROSENTHAL FAIR DEBT COLLECTION**

24  **PRACTICES ACT**

25  **CAL. CIV. CODE §§ 1788-1788.32**

26  **(Against Defendant Ygrene Only)**

27      124.  Defendant repeats and incorporates by reference all responses to the

28  allegations in the Complaint as though fully stated herein.

18

125.   Paragraph 125 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies it violated the Rosenthal Fair Debt Collection Practices Act, denies the that the Rosenthal Fair Debt Collection Practices Act applies, and respectfully refers the Court to the Rosenthal Act, which speaks for itself.

126.   Paragraph 126 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies it violated the Rosenthal Fair Debt Collection Practices Act, denies the that the Rosenthal Fair Debt Collection Practices Act applies, and respectfully refers the Court to the Rosenthal Act, which speaks for itself.

127.   Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 127 of the Complaint and, on that basis, denies each and every allegation in paragraph 127.

128.   Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 128 of the Complaint and, on that basis, denies each and every allegation in paragraph 128.

129.   Paragraph 129 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 129 of the Complaint and, on that basis, denies each and every allegation in paragraph 129.

130.   Paragraph 130 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies the allegations in paragraph 130 of the Complaint.

131.   Paragraph 131 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies it violated the Rosenthal Fair Debt Collection Practices Act, denies the that the Rosenthal Fair Debt Collection Practices Act applies, and

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB
DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

1 respectfully refers the Court to the Rosenthal Act, which speaks for itself.

2 Defendant further denies that Plaintiff is entitled to any relief.

### **FOURTH CAUSE OF ACTION**

### **VIOLATION OF THE CONSUMER LEGAL REMEDIES ACT**

### **CAL. CIV. CODE §§ 1750, et seq.**

6      132.   Defendant repeats and incorporates by reference all responses to the

7 allegations in the Complaint as though fully stated herein.

8      133.   Paragraph 133 of the Complaint contains legal conclusions and

9 characterizations to which no response is required.  To the extent a response is

10 required, Defendant denies that Consumer Legal Remedies Act applies to PACE

11 financing, denies that it violated the Consumer Legal Remedies Act, and

12 respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for

13 itself.

14      134.   Paragraph 134 of the Complaint contains legal conclusions and

15 characterizations to which no response is required.  To the extent a response is

16 required, Defendant denies that Consumer Legal Remedies Act applies to PACE

17 financing, denies that it violated the Consumer Legal Remedies Act, and

18 respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for

19 itself.

20      135.   Defendant lacks sufficient information to form a belief about the truth

21 of Plaintiff's allegation that she is "blind" and, on that basis, denies each and every

22 such allegation.  The remaining allegations in paragraph 135 of the Complaint

23 contain legal conclusions and characterizations to which no response is required.  To

24 the extent a response is required, Defendant denies that Consumer Legal Remedies

25 Act applies to PACE financing, denies that it violated the Consumer Legal

26 Remedies Act, and respectfully refers the Court to the Consumer Legal Remedies

27 Act, which speaks for itself.

28      136.   Paragraph 136 of the Complaint contains legal conclusions and

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE
COMPLAINT

1  characterizations to which no response is required.  To the extent a response is
2  required, Defendant denies that the Consumer Legal Remedies Act applies to PACE
3  financing, denies that it violated the Consumer Legal Remedies Act, and
4  respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for
5  itself.

6      137.   Defendant lacks sufficient information to form a belief as to the truth of
7  the allegations in paragraph 137 of the Complaint and, on that basis, denies each and
8  every allegation in paragraph 137.  Defendant further denies that the Consumer
9  Legal Remedies Act applies to PACE financing, denies that it violated the
10 Consumer Legal Remedies Act, and respectfully refers the Court to the Consumer
11 Legal Remedies Act, which speaks for itself.

12     138.   Defendant denies the allegations in paragraph 138 of the Complaint.

13     139.   Paragraph 139 of the Complaint contains legal conclusions and
14 characterizations to which no response is required.  To the extent that a response is
15 required, Defendant lacks sufficient information to form a belief as to the truth of
16 the allegations in paragraph 139 of the Complaint and, on that basis, denies each and
17 every allegation in paragraph 139.  Defendant further denies that the Consumer
18 Legal Remedies Act applies to PACE financing, denies that it violated the
19 Consumer Legal Remedies Act, and respectfully refers the Court to the Consumer
20 Legal Remedies Act, which speaks for itself.

21     140.   Paragraph 140 of the Complaint contains legal conclusions and
22 characterizations to which no response is required.  To the extent that a response is
23 required, Defendant lacks sufficient information to form a belief as to the truth of
24 the allegations in paragraph 140 of the Complaint and, on that basis, denies each and
25 every allegation in paragraph 140.  Defendant further denies that the Consumer
26 Legal Remedies Act applies to PACE financing, denies that it violated the
27 Consumer Legal Remedies Act, and respectfully refers the Court to the Consumer
28 Legal Remedies Act, which speaks for itself.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE
COMPLAINT

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

141.   Paragraph 141 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Consumer Legal Remedies Act applies to PACE financing, denies that it violated the Consumer Legal Remedies Act, and respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for itself.

142.   Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 142 of the Complaint and, on that basis, denies each and every allegation in paragraph 142.  Defendant further denies that the Consumer Legal Remedies Act applies to PACE financing, denies that it violated the Consumer Legal Remedies Act, and respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for itself.

143.   Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 143 of the Complaint and, on that basis, denies each and every allegation in paragraph 143.  Defendant further denies that the Consumer Legal Remedies Act applies to PACE financing, denies that it violated the Consumer Legal Remedies Act, and respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for itself.

144.   Paragraph 144 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Consumer Legal Remedies Act applies to PACE financing, denies that it violated the Consumer Legal Remedies Act, and respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for itself.

145.   Paragraph 145 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Consumer Legal Remedies Act applies to PACE financing, denies that it violated the Consumer Legal Remedies Act, and

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

1 respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for
2 itself.

3     146. Defendant lacks sufficient information to form a belief as to the truth of
4 the allegations in paragraph 146 of the Complaint and, on that basis, denies each and
5 every allegation in paragraph 146.

6     147. Defendant lacks sufficient information to form a belief as to the truth of
7 the factual allegations in paragraph 147 of the Complaint and, on that basis, denies
8 each and every allegation in paragraph 147. The remaining allegations are
9 conclusions of law to which no response is required. To the extent a response is
10 required, Defendant denies that the Consumer Legal Remedies Act applies to PACE
11 financing, denies that it violated the Consumer Legal Remedies Act, and
12 respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for
13 itself.

14     148. Defendant lacks sufficient information to form a belief as to the truth of
15 the factual allegations in paragraph 148 of the Complaint and, on that basis, denies
16 each and every allegation in paragraph 148. The remaining allegations are
17 conclusions of law to which no response is required. To the extent a response is
18 required, Defendant denies that the Consumer Legal Remedies Act applies to PACE
19 financing, denies that it violated the Consumer Legal Remedies Act, and
20 respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for
21 itself.

22     149. Paragraph 149 of the Complaint contains legal conclusions and
23 characterizations to which no response is required. To the extent a response is
24 required, Defendant denies that the Consumer Legal Remedies Act applies to PACE
25 financing, denies that it violated the Consumer Legal Remedies Act, and
26 respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for
27 itself.

28     150. Paragraph 150 of the Complaint contains legal conclusions and

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

23

characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Consumer Legal Remedies Act applies to PACE financing, denies that it violated the Consumer Legal Remedies Act, and respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for itself.

151.   Paragraph 151 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that the Consumer Legal Remedies Act applies to PACE financing, denies that it violated the Consumer Legal Remedies Act, and respectfully refers the Court to the Consumer Legal Remedies Act, which speaks for itself.

152.   Defendant lacks sufficient information to form a belief as to the truth of the allegations in paragraph 152 and, on that basis, denies each and every allegation in paragraph 152.

153.   Defendant denies the allegations in paragraph 153 of the Complaint.

154.   Paragraph 154 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that it violated Consumer Legal Remedies Act.

## FIFTH CAUSE OF ACTION

## VIOLATIONS OF CALIFORNIA'S UNFAIR COMPETITION LAW, BUSINESS AND PROFESSIONS CODE § 17200, *et seq.*

155.   Defendant repeats and incorporates by reference all responses to the allegations in the Complaint as though fully stated herein.

156.   Paragraph 156 of the Complaint contains legal conclusions and characterizations to which no response is required.  To the extent a response is required, Defendant denies that it violated California's Unfair Competition Law, which speaks for itself.

157.   Paragraph 157 of the Complaint contains legal conclusions and

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

1    characterizations to which no response is required.  To the extent a response is

2    required, Defendant denies that it violated California's Unfair Competition Law,

3    which speaks for itself.

4          **A.** *"Unlawful" Prong*

5          158.   Paragraph 158 of the Complaint contains legal conclusions and

6    characterizations to which no response is required.  To the extent a response is

7    required, Defendant denies that it violated TILA, HOEPA, and/or the CLRA and

8    denies that it committed fraud.

9          159.   Paragraph 159 of the Complaint contains legal conclusions and

10   characterizations to which no response is required.  To the extent a response is

11   required, Defendant denies that it violated TILA, HOEPA, and/or the CLRA and

12   denies that it committed fraud.

13         160.   Paragraph 160 of the Complaint contains legal conclusions and

14   characterizations to which no response is required.  To the extent a response is

15   required, Defendant denies that it violated TILA, HOEPA, and/or the CLRA and

16   denies that it committed fraud.

17         161.   Paragraph 161 of the Complaint contains legal conclusions and

18   characterizations to which no response is required.  To the extent a response is

19   required, Defendant denies that Plaintiff should be permitted to allege other

20   violations of law.

21         **B.** *"Unfair" Prong*

22         162.   Paragraph 162 of the Complaint contains legal conclusions and

23   characterizations to which no response is required.  To the extent a response is

24   required, Defendant denies the allegations in paragraph 162 of the Complaint, and

25   respectfully refers the Court to the Business & Professions Code, which speaks for

26   itself.

27         163.   Paragraph 163 of the Complaint contains legal conclusions and

28   characterizations to which no response is required.  To the extent a response is

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE
COMPLAINT

1  required, Defendant denies the allegations in paragraph 163 of the Complaint.

2      164.   Paragraph 164 of the Complaint contains legal conclusions and

3  characterizations to which no response is required.  To the extent a response is

4  required, Defendant denies the allegations in paragraph 164 of the Complaint.

5      165.   Paragraph 165 of the Complaint contains legal conclusions and

6  characterizations to which no response is required.  To the extent a response is

7  required, Defendant denies the allegations in paragraph 165 of the Complaint.

8            ### C. *"Fraudulent" Prong*

9      166.   Paragraph 166 of the Complaint contains an administrative allegations

10 and characterizations to which no response is required.  To the extent a response is

11 required, Defendant denies the allegations in paragraph 166 of the Complaint.

12     167.   Paragraph 167 of the Complaint contains legal conclusions and

13 characterizations to which no response is required.  To the extent a response is

14 required, Defendant denies the allegations in paragraph 167 of the Complaint.

15     168.   Paragraph 168 of the Complaint contains legal conclusions and

16 characterizations to which no response is required.  To the extent a response is

17 required, Defendant denies the allegations in paragraph 168 of the Complaint.

18     169.   Paragraph 169 of the Complaint contains legal conclusions and

19 characterizations to which no response is required.  To the extent a response is

20 required, Defendant denies the allegations in paragraph 169 of the Complaint.

21     170.   Paragraph 170 of the Complaint contains legal conclusions and

22 characterizations to which no response is required.  To the extent a response is

23 required, Defendant denies the allegations in paragraph 170 of the Complaint.

24     171.   Defendant admits that Plaintiff seeks the legal and/or equitable

25 remedies stated in paragraph 171 of the Complaint.  Except as expressly admitted,

26 Defendant denies all remaining allegations in paragraph 171 of the Complaint.

27 Defendant denies that Plaintiff is entitled to any legal or equitable remedies, whether

28 stated in paragraph 171 of the Complaint or otherwise.

BUCKLEY LLP
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB

1

## SIXTH CAUSE OF ACTION

2

## FRAUD

3    172.   Defendant repeats and incorporates by reference all responses to the

4    allegations in the Complaint as though fully stated herein.

5    173.   Paragraph 173 of the Complaint contains legal conclusions and

6    characterizations to which no response is required.  To the extent a response is

7    required, Defendant denies the allegations in paragraph 173 of the Complaint.

8    174.   Defendant denies the allegations in paragraph 174 of the Complaint.

9    175.   Defendant denies the allegations in paragraph 175 of the Complaint.

10   176.   Defendant denies the allegations in paragraph 176 of the Complaint.

11   177.   Defendant lacks sufficient information to form a belief as to the truth of

12   the allegations in paragraph 177 and, on that basis denies the allegations in

13   paragraph 177 of the Complaint.

14   178.   Paragraph 178 of the Complaint contains legal conclusions and

15   characterizations to which no response is required.  To the extent a response is

16   required, Defendant denies that Plaintiff is entitled to any legal or equitable

17   remedies, whether stated in paragraph 178 of the Complaint or otherwise.

18

## ALLEGED PRAYER FOR RELIEF

19   1.   Defendant admits that Plaintiff seeks a judgment in Plaintiff's favor

20   against Defendants, but denies that Plaintiff is entitled to such judgment.

21

## FIRST CAUSE OF ACTION

22

## VIOLATIONS OF THE TRUTH IN LENDING ACT

23

## 15 U.S.C. § 1601 et seq.

24

## (Against Defendant Ygrene)

25   2.   Defendant admits that Plaintiff seeks actual damages, but denies that

26   Plaintiff is entitled to such damages.

27   3.   Defendant admits that Plaintiff seeks actual damages, but denies that

28   Plaintiff is entitled to such damages.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

4.     Defendant admits that Plaintiff seeks attorney's fees and costs, but denies that Plaintiff is entitled to such fees and costs.

5.     Defendant admits that Plaintiff seeks treble damages, but denies that Plaintiff is entitled to such damages.

6.     Defendant admits that Plaintiff seeks any relief that this Court should deem just and proper, but denies that Plaintiff is entitled to such relief.

## SECOND CAUSE OF ACTION

### VIOLATION OF THE HOMEOWNERSHIP EQUITY

### 15 U.S.C. § 1639

### (Against Defendant Ygrene)

7.     Defendant admits that Plaintiff seeks actual damages, but denies that Plaintiff is entitled to such damages.

8.     Defendant admits that Plaintiff seeks attorney's fees and costs, but denies that Plaintiff is entitled to such fees and costs.

9.     Defendant admits that Plaintiff seeks treble damages, but denies that Plaintiff is entitled to such damages.

10.     Defendant admits that Plaintiff seeks any relief that this Court should deem just and proper, but denies that Plaintiff is entitled to such relief.

## THIRD CAUSE OF ACTION

### ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

### CAL. CIV. CODE §§ 1788-1788.32

### (Against Defendant Ygrene)

11.     Defendant admits that Plaintiff seeks actual damages, but denies that Plaintiff is entitled to such damages.

12.     Defendant admits that Plaintiff seeks statutory damages of $1,000.00, but denies that Plaintiff is entitled to such damages

13.     Defendant admits that Plaintiff seeks an award of costs of litigation and attorney's fees, but denies that Plaintiff is entitled to such costs or fees.

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

**BUCKLEY LLP**
100 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Tel. (310) 424-3900 • Fax (310) 424-3960

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

14. Defendant admits that Plaintiff seeks treble damages, but denies that Plaintiff is entitled to such damages.

15. Defendant admits that Plaintiff seeks any relief that this Court should deem just and proper, but denies that Plaintiff is entitled to such relief.

## FOURTH CAUSE OF ACTION

## VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT

## CAL. CIV. CODE § 1750, *et seq.*

16. Defendant admits that Plaintiff seeks actual, restitutionary, and punitive damages, and admits that Plaintiff seeks injunctive relief, but denies that Plaintiff is entitled to such damages or relief.

17. Defendant admits that Plaintiff seeks attorney's fees and costs, but denies that Plaintiff is entitled to such fees and costs.

18. Defendant admits that Plaintiff seeks any relief that this Court should deem necessary or appropriate, but denies that Plaintiff is entitled to such relief.

## FIFTH CAUSE OF ACTION

## CALIFORNIA'S UNFAIR COMPETITION LAW, BUSINESS, AND

## PROFESSIONS CODE § 17200, *et seq.*

19. Defendant admits that Plaintiff seeks restitutionary damages, but denies that Plaintiff is entitled to such damages.

20. Defendant admits that Plaintiff seeks punitive damages, but denies that Plaintiff is entitled to such damages.

21. Defendant admits that Plaintiff seeks seeks injunctive relief, but denies that Plaintiff is entitled to such relief.

22. Defendant admits that Plaintiff seeks any relief that this Court should deem just and proper, but denies that Plaintiff is entitled to such relief.

## SEVENTH [*sic*] CAUSE OF ACTION

## FRAUD

23. Defendant admits that Plaintiff seeks actual, statutory, punitive, or

29

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

treble damages and other proper relief as provided by law, but denies that Plaintiff is entitled to such damages, and denies that any proper relief is provided by law.

24.     Defendant admits that Plaintiff seeks equitable relief in the form of an injunction, but denies that Plaintiff is entitled to an injunction or any other equitable relief.

25.     Defendant admits that Plaintiff seeks to recover litigation costs and attorney's fees, but denies that Plaintiff is entitled to such costs and fees.

26.     Defendant admits that Plaintiff seeks treble damages, but denies that Plaintiff is entitled to such damages.

27.     Defendant admits that Plaintiff seeks any relief that this Court should deem just and proper, but denies that Plaintiff is entitled to such relief.

## TRIAL BY JURY

Defendant denies that Plaintiff is entitled to a trial by jury to the extent that the claims Plaintiff brings or the remedies Plaintiff seeks did not exist under English common law when the Seventh Amendment was adopted.

## AFFIRMATIVE DEFENSES

Without assuming any burden that they would not otherwise bear under applicable law, and reserving their right to amend its Answer to assert additional defenses, Defendant asserts the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1.     The Complaint fails to state any claim upon which relief can be granted against Ygrene.

## SECOND AFFIRMATIVE DEFENSE
### (Complaint Uncertain)

2.     Each and all of the purported causes of action set forth in the Complaint are uncertain, ambiguous, and unintelligible.

## THIRD AFFIRMATIVE DEFENSE

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB
DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

**(Failure to Mitigate)**

3.     Plaintiff has failed to diligently mitigate their damages, if any.

## FOURTH AFFIRMATIVE DEFENSE

**(Plaintiff's Negligence or Other Legal Fault)**

4.     Plaintiff's claims for damages, if any, are barred by Plaintiff's negligence, or other legal fault of Plaintiff and/or by the negligence or other legal fault of persons and entities other than Defendant.

## FIFTH AFFIRMATIVE DEFENSE

**(Lawful Conduct)**

5.     Defendant's conduct and that of its employees and/or agents were at all times reasonable and lawful under the circumstances.

## SIXTH AFFIRMATIVE DEFENSE

**(Waiver)**

6.     As a matter of fact and law, Plaintiff has waived any and all claims related to Defendant's actions or omissions in this matter.

## SEVENTH AFFIRMATIVE DEFENSE

**(Laches)**

7.     By reason of Plaintiff's own conduct, including unreasonable delay, Plaintiff is barred under the doctrine of laches from obtaining any relief against Defendants.

## EIGHTH AFFIRMATIVE DEFENSE

**(Estoppel)**

8.     By reason of Plaintiff's own conduct, representations, omissions, and delays, Plaintiff is estopped from claiming any recovery against Defendant.

## NINTH AFFIRMATIVE DEFENSE

**(Ratification, Consent, Release)**

9.     Plaintiff's claims are barred, in whole or in part, by the doctrines of ratification and/or consent and/or to the extent that they have been released by

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

1  agreement or operation of law.

## TENTH AFFIRMATIVE DEFENSE
### (Acting in Good Faith, No Violation of Law)

10.    Defendant asserts that it, its employees, and/or agents acted in good faith and without malice, and neither directly nor indirectly performed any acts whatsoever which would constitute a violation of any laws or regulations or a violation of any right, contractual or otherwise, or any duty owed to Plaintiff.

## ELEVENTH AFFIRMATIVE DEFENSE
### (No Standing, No Known Injury, No Damages)

11.    Plaintiff's alleged claims are barred, in whole or in part, because Plaintiff does not have standing and has suffered no injury or damage as a result of the matters alleged in the Complaint.  Further, the measure of Plaintiff's damages, if any, are based upon guesswork, speculation, and conjecture.

## TWELFTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

12.    Each and all of the purported causes of action in the Complaint are barred by the doctrine of unclean hands due to Plaintiff's own actions not in good faith.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Contributory Negligence)

13.    Plaintiff was herself negligent, and that negligence contributed as a proximate and legal cause to her injury and damages.  Recovery herein is therefore diminished and barred to the degree of that negligence.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Assumption of Risk)

14.    To the extent Plaintiff suffered any detriment, the risk of such detriment was assumed by Plaintiff.

## FIFTEENTH AFFIRMATIVE DEFENSE

Case No. 3:19-CV-02313-BAS-JLB
DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

**BUCKLEY LLP**
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

**(Consent)**

15.     Plaintiff is barred from asserting any causes of action by virtue of their consent to the alleged acts and/or conditions.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Breach of Duty)

16.     Defendant alleges that it did not breach any duty to Plaintiff.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Claim Stated, Injunctive Relief)

17.     Defendant alleges that the Complaint fails to properly state a claim for injunctive relief.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Attorney Fees)

18.     Defendant allege that Plaintiff failed to state a claim for attorney fees.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

19.     Plaintiff's alleged claims are barred, in whole or in part, by the applicable statutes of limitations including, but not limited to, 12 U.S.C. § 2614; 15 U.S.C. §§ 1601 *et seq.*, 1635(f), 1640(e), 1692k(d); Cal. Bus. & Prof. Code § 17208; Cal. Code Civ. Proc. §§ 337, 338, 339, and 1788.30.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Causation)

20.     Factors other than allegedly untrue statements of material fact, omissions of material fact, misleading statements, or other alleged actions by Defendant and/or its agents, if any, and/or their predecessors in interest caused some or all of the harm or damages alleged by Plaintiff.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

**(Proximate Causation)**

21.    Plaintiff's alleged claims are barred, in whole or in part, because Plaintiff's claimed injuries and damages were not proximately caused by any acts or omissions of Defendant and/or its agents, if any, and/or its predecessors in interest.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

**(Independent Conduct)**

22.    Plaintiff's alleged claims are barred, in whole or in part, because any and all injuries and damages alleged in the Complaint were caused by the independent conduct of one or more persons and/or entities over which Defendant had no control and for whose actions/omissions Defendant is not responsible.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

**(Voluntary Payment Doctrine)**

23.    Plaintiff's alleged claims are barred, in whole or in part, because any and all injuries and damages alleged in the Complaint were caused by the independent conduct of one Plaintiff's alleged claims are barred, in whole or in part, by the voluntary payment doctrine, under which they cannot recover payments voluntarily with full knowledge of the material facts.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

**(Offset)**

24.    Plaintiff received all or substantially all of the benefit from the products and/or services at issue that he bargained for, and to that extent any damages and/or restitution that they might be entitled to recover must be correspondingly reduced.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

**(Limitation of Liability)**

25.    Plaintiff's alleged claims and/or the recovery of all or certain claimed damages by Plaintiff may be precluded by disclaimers, limitations of liability, and/or other language or terms set forth in documents provided to Plaintiff and/or agreements entered into by Plaintiff.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Puffing)

26.     Defendant alleges that any statements allegedly made by any of the defendants and/or their agents, if any, and/or their predecessors in interest were mere inactionable "puffing" or opinion, and were not representations of fact.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Constitutionality)

27.     Any finding of liability under the UCL would violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution, and of Article I, Section 7 of the California Constitution, because the standards of liability under these statutes are unduly vague and subjective, and permit retroactive, random, arbitrary, and capricious punishment that serves no legitimate governmental interest.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (Reliance)

28.     Plaintiff's alleged claims are barred, in whole or in part, because Plaintiff did not actually rely on any statement or omission, and she is not entitled to rely on any presumption of reliance.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

### (Written Disclosures)

29.     Plaintiff's alleged claims are barred, in whole or in part, because Plaintiff's allegations of misrepresentation are inconsistent with, and contrary to, plain written disclosures provided to Plaintiff.

## THIRTIETH AFFIRMATIVE DEFENSE

### (Preemption)

30.     Plaintiff's alleged claims are barred, in whole or in part, because they are preempted by state and/or federal law.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

1

**(Limited to Restitution)**

2      31.    Plaintiff's alleged claims are barred, in whole or in part, because the

3   remedy for certain of their causes of action is limited to restitutionary relief.

4                  **THIRTY-SECOND AFFIRMATIVE DEFENSE**

5                            **(No Liability)**

6      32.    To the extent that liability is adjudicated, Defendant alleges that other

7   defendants or third persons, are responsible and that Defendant is not.

8                  **THIRTY-THIRD AFFIRMATIVE DEFENSE**

9                        **(15 U.S.C. § 1692k(c))**

10     33.    Plaintiff's alleged claims under the Fair Debt Collection Practices Act

11  are barred, in whole or in part, under 15 U.S.C. § 1692k(c), because any violation of

12  the Act by Defendant was not intentional and resulted from a bona fide error

13  notwithstanding the maintenance of procedures reasonably adapted to avoid any

14  such error.

15                 **THIRTY-FOURTH AFFIRMATIVE DEFENSE**

16                       **(15 U.S.C. § 1692k(e))**

17     34.    Plaintiff's alleged claims under the Fair Debt Collection Practices Act

18  are barred, in whole or in part, under 15 U.S.C. § 1692k(e), because any violation of

19  the Act by Defendant is premised on an act or omission in good faith in conformity

20  with an advisory opinion of the Consumer Financial Protection Bureau.

21                 **THIRTY-FIFTH AFFIRMATIVE DEFENSE**

22                     **(Cal. Civ. Code § 1788.30(e))**

23     35.    Plaintiff's alleged claims under the Rosenthal Fair Debt Collection

24  Practices Act are barred, in whole or in part, under Cal. Civ. Code § 1788.30(e),

25  because any violation of the Act by Defendant was not intentional and resulted

26  notwithstanding the maintenance of procedures reasonably adapted to avoid any

27  such violation.

28                 **THIRTY-SIXTH AFFIRMATIVE DEFENSE**

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL. (310) 424-3900 • FAX (310) 424-3960

Case No. 3:19-CV-02313-BAS-JLB

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT

**(Good Faith)**

36.    That at all times pertinent herein, Defendant and its employees, and/or agents were and are presently, duly qualified and herein engaged in the performance of their regularly assigned duties, and further, these individual employees, and/or agents at all times herein acted in good faith and without malice.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights to Add Affirmative Defenses)

37.    Defendant alleges that it has not knowingly or intentionally waived any applicable affirmative defenses and reserves the right to assert and rely on such other applicable affirmative defenses as may come available or apparent during discovery proceedings and further reserves the right to amend this answer and defenses accordingly and to delete defenses if determined are not applicable during the course of discovery and other proceedings.

DATED:  February 10, 2020          BUCKLEY LLP

By:      /s/ Ali M. Abugheida
         Ali M. Abugheida
         Attorneys for Defendant Ygrene Energy
         Fund, Inc.

BUCKLEY LLP
100 WILSHIRE BOULEVARD, SUITE 1000
SANTA MONICA, CALIFORNIA 90401
TEL (310) 424-3900 • FAX (310) 424-3960

DEFENDANT YGRENE ENERGY FUND, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT