1  Alan Gudino (SBN: 326738)
   alan@kazlg.com
2  **KAZEROUNI LAW GROUP, APC**
3  2221 Camino Del Rio South, Suite 101
   San Diego, California 92108
4  Telephone: (619) 233-7770
5  Facsimile: (800) 520-5523

6  *Attorneys for Plaintiff*
7  Maria Silva

8
                    **UNITED STATES DISTRICT COURT**
9
                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 | MARIA SILVA,                          | Case No. 3:19-cv-02313-TWR-DEB
12 |                                       |
   |            Plaintiff,                 | **JOINT NOTICE OF SETTLEMENT**
13 |                                       |
14 |     v.                                |
15 | YGRENE ENERGY FUND, INC. et al.,      |
16 |                                       |
   |            Defendants.                |
17 |                                       |

18

19    NOTICE IS HEREBY GIVEN that this case has been settled between Plaintiff
20 Maria Silva and Defendants Ygrene Energy Fund, Inc., Ygrene Energy Fund, LLC,
21 and Sun Coast Remodelers, Inc. The parties expect to file a joint motion for dismissal
22 of this action in its entirety with prejudice within 60 days, unless a motion for good
23 faith settlement order is required to confirm the settlement between Sun Coast
24 Remodelers, Inc., and Plaintiff, in which case the settlement between Sun Coast
25 Remodelers, Inc., and Plaintiff will be conditioned on an order from the court granting
26 such motion. The parties request that all pending dates and filing requirements be
27 vacated and that the Court set a deadline on or after April 27, 2021 to file a joint
28 motion for dismissal or motion for good faith settlement if it becomes necessary.

Respectfully submitted,

Date: March 2, 2021                             **KAZEROUNI LAW GROUP, APC**

                                                By:  *s/ Alan Gudino*
                                                     Alan Gudino, Esq.
                                                     *Attorneys for Plaintiff*
                                                     *Maria Silva*

Date: March 2, 2021                             **MILLER BARONDESS, LLP**

                                                By:  *s/ Daniel Paluch*
                                                     Daniel Paluch, Esq.
                                                     *Attorneys for Defendants*
                                                     *Ygrene Energy Fund, Inc. and*
                                                     *Ygrene Energy Fund, LLC*

Date: March 2, 2021                             **YALE & BAUMGARTEN, LLP**

                                                By:  *s/ David W. Baumgarten*
                                                     David W. Baumgarten, Esq.
                                                     *Attorneys for Defendant Sun*
                                                     *Coast Remodelers, Inc.*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendants and that they have authorized me to affix their electronic signatures to this document.

Date: March 2, 2021                             **KAZEROUNI LAW GROUP, APC**

                                                By:  *s/ Alan Gudino*
                                                     Alan Gudino, Esq.
                                                     *Attorneys for Plaintiff*